**ORIGINAL**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 15-542C

(Filed: July 20, 2015)

| | |
|---|---|
| ROGER L. HAYNES III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant, | ) |

FILED

JUL 20 2015

U.S. COURT OF
FEDERAL CLAIMS

### ORDER FOR JUDGMENT

On May 26, 2015, plaintiff, Mr. Roger L. Haynes III, submitted a complaint for filing with the court but did not provide the requisite filing fee with that submission. The clerk's office nonetheless filed the complaint but required Mr. Haynes to pay the filing fee by July 6, 2015. Mr. Haynes has not paid the fee. As a result, plaintiff's complaint is DISMISSED for failure to pay the filing fee. The clerk will enter judgment.

No costs.

It is so ORDERED.

_____
Charles F. Lettow
Judge